IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PAMELA HALL, :

            Plaintiff,

            Case No. 3:09-cv-391

            District Judge Walter Herbert Rice
            Magistrate Judge Michael R. Merz

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

            Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on August 29, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d) ("EAJA"), (Doc. 18), be granted and that counsel be awarded $4,028.95 in fees.

August 31, 2011.

                                                        Walter Herbert Rice
                                                        United States District Judge